Court of Appeal, Fourth Circuit, Parish of Jefferson. 176 So.2d 691

Writ refused. The judgment is correct.

178 So.2d 664

**Robert F. BLACKWELL and Milford Manasco et al.**

**v.**

**The TRAVELERS INDEMNITY COMPANY et al.**

**No. 47913.**

Oct. 13, 1965.

In re: Southwest Casualty Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Sabine. 176 So.2d 751; 176 So.2d 754.

Writ refused. On the facts found by the trial judge which were approved by the Court of Appeal, we find no error of law.